# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCENTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No.: 1:17-cv-01116- AWI - JLT <br><br> ORDER ON THE JOINT STIPULATION EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT <br><br> (Doc. 7) |

On September 12, 2017, the parties filed a joint stipulation for an extension of thirty days for Ford Motor Company to file a response to Plaintiff's complaint, indicating the defendant's response would be due October 13, 2017. (Doc. 7 at 2) Pursuant to Local Rule 144(a), the parties may stipulation to an extension of time "no more than twenty-eight (28) to respond to a complaint … without approval of the Court if the extension is signed on behalf of all parties who have appeared in the action and are affected by the stipulation." Any further extensions "must be approved by the Court." *Id.*

Accordingly, pursuant to the terms of the stipulation, the Court **ORDERS** that the defendant **SHALL** file a response to the complaint **no later than October 13, 2017**.

IT IS SO ORDERED.

Dated: **September 14, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1