# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCENTEE, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01116 - AWI - JLT<br><br>ORDER APPROVING THE STIPULATION OF THE PARTIES AND CONTINUING THE SCHEDULING CONFERENCE TO DECEMBER 18, 2017<br><br>(Doc. 11) |

On November 13, 2017, the parties stipulated to continue the scheduling conference in this action, reporting "[s]ettlement discussions are progressing and the parties are currently awaiting certain documents to resolve this matter." (Doc. 11 at 2) Therefore, the parties request the conference be continued to allow more time for settlement efforts. (*Id.*; Doc. 11-1 at 2)

Good cause appearing, the Court **ORDERS**:

1. The settlement conference is **CONTINUED** to **December 18, 2017** at **8:30 a.m.**; and
2. The parties **SHALL** file a joint scheduling report no later than **December 11, 2017**.

IT IS SO ORDERED.

Dated:   **November 14, 2017**           **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE