# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCENTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, et al., <br><br> Defendants. | Case No.: 1:17-cv-01116 - AWI - JLT <br><br> ORDER APPROVING THE JOINT STIPULATION AND GRANTING DEFENDANT A FURTHER EXTENSION OF TIME <br><br> (Doc. 13) |

On November 17, 2017, the parties stipulated to grant Defendant a further extension of time to respond to the complaint. (Doc. 13) The parties report they "have agreed to a settlement in principle and are awaiting certain documents in order to finalize the settlement." (*Id.* at 2)

Good cause appearing, the Court **ORDERS**:

1. The joint request for a further extension of time is **GRANTED**; and

2. Defendant **SHALL** file a response to the Complaint on or before **December 11, 2017**.

IT IS SO ORDERED.

Dated: **November 20, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE