# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCENTEE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No.: 1:17-cv-01116 - AWI - JLT<br><br>ORDER APPROVING THE STIPULATION DATED DECEMBER 11, 2017, AND CONTINUING THE SCHEDULING CONFERENCE TO JANUARY 17, 2018 |

On December 11, 2017, the parties filed a stipulation, in which they report "[t]he resolution of this matter is in the process of being finalized." (Doc. 15 at 2) Therefore, the parties request that the Court continue the scheduling conference for thirty days, from December 18, 2017, to January 17, 2018. (*Id.* at 2) Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** that the Scheduling Conference is **CONTINUED** to **January 17, 2018 at 8:45 a.m.**

IT IS SO ORDERED.

    Dated: **December 14, 2017**            **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE