# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCENTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No.: 1:17-cv-01116-AWI- JLT <br><br> ORDER DISCHARGING ORDER TO PLAINTIFFS TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE THE ACTION AND TO OBEY A COURT ORDER |

The parties have responded to the Court's order to plaintiff to show cause why sanctions should not be imposed for their failure to prosecute this action (Doc. 19). (Doc. 20) Without explanation, the report indicates that "the settlement process is not yet fully complete." Id. at 2. They request that the scheduling conference be continued to allow completion of the settlement. Id. Therefore, good cause appearing, the Court **ORDERS**:

1. The order to show cause is **DISCHARGED**;
2. The scheduling conference is continued to March 16, 2018 at 8:45 a.m.

IT IS SO ORDERED.

Dated: **January 31, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE